UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-

ASHKAY AIYER,
                             Defendant.
-----------------------------------------------------------X

18 cr 333 (JGK)

**ORDER**

Upon the consent of the parties, The defendant, after having been arraigned on the indictment, today, is hereby released on the following conditions of bail:

A $650,000 personal recognizance bond, secured by $150,000 cash, to be due in seven (7) days of the date of this order. The bond is also to be secured by two financially responsible persons. The financially responsible persons shall sign the bond within seven (7) days of the date of this order. Travel is between the Southern and Eastern Districts of New York, except that travel is extended to and from Massachusetts. The defendant is also allowed to travel to California, between May 24 and May 29, 2018. The defendant shall surrender his passport and shall make no new applications for travel documents. The defendant agrees not to violate federal, state or local laws, and is subjected to random drug testing.

**SO ORDERED.**

                                                      JOHN G. KOELTL
                                           UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 15, 2018