**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

     **- against -**

**AKSHAY AIYER,**

         **Defendant.**
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
FILED   $10 \cdot 17 \cdot 18$

**18 Cr. 333 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for another conference
on **December 11, 2018, at 4:30 p.m.**

Because a continuance is needed due to the size and
complexity of the case, to allow for the Government to make
discovery and for the defendant to review it, and to assure the
effective assistance of counsel, the Court prospectively
excludes the time from today, **October 16, 2018,** until **December
11, 2018,** from Speedy Trial Act calculations.  The Court finds
that the ends of justice served by granting the continuance
outweigh the best interest of the defendant and the public in a
speedy trial.  This Order is entered pursuant to 18 U.S.C.
§ 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
        **October 16, 2018**

                            **John G. Koeltl**
                    **United States District Judge**