# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 16, 2019

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Akshay Aiyer*, 1:18-CR-00333 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Akshay Aiyer, to request a modification to the conditions of Mr. Aiyer's release on bail.

Under the terms of his release, Mr. Aiyer's travel is restricted to the Southern and Eastern Districts of New York and the District of Massachusetts. We respectfully request that the Court permanently modify the travel restrictions to permit Mr. Aiyer to also travel to the District of New Jersey, where his girlfriend's parents and other relatives reside. The government and the U.S. Probation Office do not object to this request.

Respectfully submitted,


/s/ Martin Klotz_____
Martin Klotz

cc:   Kevin Hart, Esq.
      Benjamin Sirota, Esq.
      Eric Hoffmann, Esq.
      Katherine Calle, Esq.
      Department of Justice, Antitrust Division (by e-mail)

      Winter Pascual, U.S. Probation Office (by e-mail)