UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 18 Cr. 333 (JGK) |
| v. | : | |
| AKSHAY AIYER, | : | **NOTICE OF DEFENDANT'S MOTION TO COMPEL THE IDENTIFICATION OF REVERSE PROFFER EXHIBITS** |
| Defendant. | : | |

------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Declaration of Martin Klotz, dated June 25, 2019, the exhibits attached thereto, and the accompanying Memorandum of Law, dated June 25, 2019, Defendant Akshay Aiyer, by his attorneys, moves before the Honorable John G. Koeltl of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendant's Motion to Compel the Identification of Reverse Proffer Exhibits.

Dated: June 25, 2019
        New York, New York

By:   /s/ Martin Klotz
      WILLKIE FARR & GALLAGHER LLP
      Martin Klotz
      Michael S. Schachter
      Jocelyn M. Sher
      Samuel M. Kalar
      787 Seventh Avenue
      New York, New York 10019
      T: (212) 728-8000

      *Attorneys for Defendant Akshay Aiyer*