

U.S. Department of Justice

Antitrust Division

---

*New York Office*

26 Federal Plaza  
Room 3630  
New York, New York 10278-0004

212/335-8000

FAX 212/335-8023

July 16, 2019

**ECF**

Honorable John G. Koeltl  
Daniel Patrick Moynihan U.S. District Courthouse  
500 Pearl Street  
New York, NY 10007

      Re:   <u>United States v. Akshay Aiyer</u>  
               18-cr-00333-JGK

Dear Judge Koeltl,

    Pursuant to Local Rule 1.4, I respectfully request to withdraw as an attorney of record from the Department of Justice in the above-referenced case, and to remove my name from the docket and ECF notifications. I will no longer represent the United States in this matter.

                                           Sincerely,

                                           Jeffrey D. Martino  
                                           Chief, New York Office

                                           U.S. Department of Justice  
                                           Antitrust Div.  
                                           26 Federal Plaza, Room 3630  
                                           New York, NY  10278  
                                           (212) 335-8000

cc:    Counsel of record