

U.S. Department of Justice

Antitrust Division

---

New York Office

26 Federal Plaza   212/335-8000
Room 3630
New York, New York 10278-0004   FAX 212/335-8023

July 17, 2019

**ECF**

Honorable John G. Koeltl
Daniel Patrick Moynihan U.S. District Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Akshay Aiyer</u>
               18-cr-00333-JGK

Dear Judge Koeltl,

      Pursuant to Local Rule 1.4, I respectfully request to withdraw Benjamin Sirota and Grace Pyun as attorneys of record from the Department of Justice in the above-referenced case. I also ask to remove Mr. Sirota and Ms. Pyun from the docket and ECF notifications as those attorneys will no longer represent the United States in this matter.

                                    Sincerely,

                                      Kevin B. Hart
                                    Trial Attorney

                                    U.S. Department of Justice
                                    Antitrust Div.
                                    26 Federal Plaza, Room 3630
                                    New York, NY  10278
                                    (212) 335-8000

cc:      Counsel of record