UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKSHAY AIYER,<br><br>Defendant. | 18 Cr. 3333 (JGK)<br><br>**NOTICE OF DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY** |

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated July 26, 2019, Defendant Akshay Aiyer, by his attorneys, moves before the Honorable John G. Koeltl of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendant's Motion *in Limine* (i) to Exclude Expert Testimony of Ross Waller and David DeRosa, or, in the Alternative, to Compel the Government to Provide Adequate Disclosures and (ii) to Exclude Expert Testimony of David DeRosa about the Purpose of "Fictitious and Wash Trades."

Dated:  July 26, 2019
        New York, New York

                                        By:    /s/ Martin Klotz
                                                    WILLKIE FARR & GALLAGHER LLP
                                                    Martin Klotz
                                                    Joseph T. Baio
                                                    Jocelyn M. Sher
                                                    Samuel M. Kalar
                                                    787 Seventh Avenue
                                                    New York, New York 10019
                                                    T: (212) 728-8000

                                                    *Attorneys for Defendant Akshay Aiyer*