UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKSHAY AIYER,<br><br>Defendant. | 18 Cr. 3333 (JGK)<br><br>**NOTICE OF DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT RELATED TO BANK COMPLIANCE POLICIES AND DEFENDANT'S TERMINATION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated July 26, 2019, Defendant Akshay Aiyer, by his attorneys, moves before the Honorable John G. Koeltl of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendant's Motion *in Limine* to Exclude Evidence or Argument Related to Bank Compliance Policies and Defendant's Termination.

Dated: July 26, 2019
      New York, New York

By:   /s/ Martin Klotz
       WILLKIE FARR & GALLAGHER LLP
       Martin Klotz
       Joseph T. Baio
       Jocelyn M. Sher
       Samuel M. Kalar
       787 Seventh Avenue
       New York, New York 10019
       T: (212) 728-8000

       *Attorneys for Defendant Akshay Aiyer*