UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

　　　　- against -

AKSHAY AIYER,

　　　　　　Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/25/19

18 Cr. 333 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The motions in limine were decided on the record at the conference held on September 24, 2019. The final pre-trial conference will be held on **October 15, 2019** at **4:30 PM**.

SO ORDERED.

Dated: New York, New York
　　　　September 24, 2019

　　　　　　　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　United States District Judge