UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                           18 cr 333 (JGK)

        -against-

ASHKAY AIYER,                      ,                                 **ORDER**
                        Defendant.
------------------------------------------------------------X

The Court is currently engaged in a criminal trial, which is expected to proceed into the week of October 21, 2019.

Trial in this matter is **adjourned to Monday, October 28, 2019, at 9:00am.** The final pretrial conference remains at **Friday, October 18, 2019, at 2:30pm.**

**SO ORDERED.**

                                                                   **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 17, 2019

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2019