UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                                                                              18 cr 333 (JGK)

        -against-

AKSHAY AIYER
                        Defendant.
------------------------------------------------------------X

        Jury selection and trial in this matter will commence on **Wednesday, October 30, 2019, at 9:00am, in Courtroom 23B.**

**SO ORDERED.**

                                                                                       **JOHN G. KOELTL**
                                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 25, 2019