# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2019

November 26, 2019

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/26/19

Re:  *United States v. Akshay Aiyer*, 18-CR-00333 (JGK)

Dear Judge Koeltl:

We represent Defendant Akshay Aiyer in the above-referenced action and write to respectfully request a 14-day extension of time to file a renewed motion for a judgment of acquittal under Federal Rule of Criminal Procedure 29 ("Rule 29") and a motion for a new trial under Federal Rule of Criminal Procedure 33 ("Rule 33"). The requested extension yields a proposed deadline of December 18, 2019.

Federal Rules of Criminal Procedure 29 and 33 provide that a renewed motion for a judgment of acquittal and a motion for a new trial, respectively, must be filed within 14 days after the verdict. *See* Fed. R. Crim. P. 29; Fed. R. Crim. P. 33. As the Court itself contemplated (see Tr. 2190:4-23), Federal Rule of Criminal Procedure 45(b), "Extending Time," provides that the Court may grant an extension of this time period "for good cause . . . on a party's motion made before the originally prescribed or previously extended time expired." Fed. R. Crim. P. 45(b).

In this case, the 14-day period following the verdict, which ends on December 4, 2019, includes the Thanksgiving holiday. In light of the holiday and in order to best prepare the post-trial briefing, we respectfully request an extension of time to file the Rule 29 and Rule 33 motions by December 18, 2019.

We have conferred with the Government, and they do not oppose this extension. The Government requests that their papers opposing the Rule 29 and/or Rule 33 motion be due on January 24, 2020, and the defense agrees to this request.

Respectfully submitted,

/s/ Martin Klotz
Martin Klotz

cc: All Counsel of Record (via ECF)

32127328.3