**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

December 17, 2019

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    <u>United States v. Akshay Aiyer</u>, 18-CR-00333 (JGK)

Dear Judge Koeltl:

We represent Defendant Akshay Aiyer in the above-referenced action and write to respectfully request an additional two-day extension of time to file a renewed motion for a judgment of acquittal under Federal Rule of Criminal Procedure 29 ("Rule 29") and/or a motion for a new trial under Federal Rule of Criminal Procedure 33 ("Rule 33").

As discussed in our letter to the Court, dated November 26, 2019, Federal Rule of Criminal Procedure 45(b), "Extending Time," provides that the Court may grant an extension of time to file post-trial briefing "for good cause . . . on a party's motion made before the originally prescribed or previously extended time expired."  Fed. R. Crim. P. 45(b).

As the Court is aware, Mr. Aiyer's briefing is due this Wednesday, December 18, 2019.  In light of the recent, unanticipated post-trial issues and in order to best prepare the post-trial briefing, we respectfully request an additional extension of two days with a new proposed deadline of Friday, December 20, 2019.

We have conferred with the Government, and they do not oppose this extension.  The Government requests that their papers opposing the Rule 29 and/or Rule 33 motion be due on January 27, 2020, and the defense agrees to this request.

Respectfully submitted,


/s/ Martin Klotz_____
Martin Klotz


cc: All Counsel of Record (via ECF)