UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

UNITED STATES OF AMERICA

v.

AKSHAY AIYER,

           Defendant.

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

18 Cr. 333 (JGK)

**NOTICE OF DEFENDANT'S
MOTION FOR A JUDGMENT OF
ACQUITTAL OR, IN THE
ALTERNATIVE, FOR THE
DECLARATION OF A MISTRIAL OR
A NEW TRIAL**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated December 20, 2019, Defendant Akshay Aiyer, by his attorneys, moves before the Honorable John G. Koeltl of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendant's Motion for a Judgement of Acquittal, or, in the Alternative, for the Declaration of a Mistrial or a New Trial.

Dated: December 20, 2019
      New York, New York

               By:    /s/ Martin Klotz            
                     WILLKIE FARR & GALLAGHER LLP
                     Martin Klotz
                     Joseph T. Baio
                     Jocelyn M. Sher
                     Samuel M. Kalar
                     787 Seventh Avenue
                     New York, New York 10019
                     T: (212) 728-8000

                     *Attorneys for Defendant Akshay Aiyer*