# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

January 2, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    *United States v. Akshay Aiyer*, 18-CR-00333 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Akshay Aiyer, to respectfully request that the deadline for our reply to the Government's papers opposing Defendant's Motion for a Judgment of Acquittal or, in the Alternative, for the Declaration of a Mistrial or a New Trial (ECF No. 195) (the "Motion"), be set for February 10, 2020.

As the Court is aware, the Motion and the corresponding Memorandum of Law in Support of the Motion (ECF No. 196) were filed on December 20, 2019. Pursuant to the Court's order dated December 18, 2019 (ECF No. 194), the Government's papers opposing the Motion are due on January 27, 2020, two weeks before our proposed deadline for the reply papers. We have conferred with the Government, and they do not oppose this proposed deadline.

Respectfully submitted,


/s/ Martin Klotz
Martin Klotz


cc: All Counsel of Record (via ECF)