UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

AKSHAY AIYER,

                Defendant.

18-cr-333 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has issued an Amended Opinion and Order amending the Opinion and Order dated January 13, 2020. The Amended Opinion and Order replaced the first sentence of the first full paragraph on page 17 to read as follows: "Indeed, the interview of Juror No. 3 confirmed the decision not to conduct further inquiries."

SO ORDERED.

Dated:    New York, New York
           January 15, 2020

                                          John G. Koeltl
                                      United States District Judge