# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

January 16, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. Akshay Aiyer*, 18-CR-00333 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Akshay Aiyer, to request a modification to the conditions of Mr. Aiyer's personal recognizance bond.

Under the terms of his bond, Mr. Aiyer's travel is restricted to the Southern and Eastern Districts of New York and the District of Massachusetts. We respectfully request that the Court temporarily modify the travel restrictions to permit Mr. Aiyer to travel to Southport, Connecticut, located in the District of Connecticut, on January 26, 2020 to visit with his girlfriend's family. The government and the U.S. Pretrial Services Office do not object to this request.

Respectfully submitted,


/s/ Martin Klotz_____
Martin Klotz


cc: All Counsel of Record (via ECF)