UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

AKSHAY AIYER,
                       Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2.19.20

18 cr 333 (JGK)

**ORDER**

      Oral argument on the pending motions will be held on **Thursday, March 12, 2020, at 11:00am.**

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 19, 2020