USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-12-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

AKSHAY AIYER,

        Defendant.

18cr333 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    The Court has received submissions in connection with sentencing. Submissions should not be sent directly to the Court. The parties should ensure that letters are submitted to the Court only through counsel. The letters are filed under seal because they contain personal identifying information.

SO ORDERED.

Dated:    New York, New York
            March 12, 2020

                                              John G. Koeltl
                                        United States District Judge