**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

      - against -                                      18cr333 (JGK)

**AKSHAY AIYER,**                                     <u>**ORDER**</u>

            **Defendant.**
_____

**JOHN G. KOELTL, District Judge:**

    The defendant's response to the Government's letter is due on March 23, 2020. The defendant's sentencing submissions are due April 6, 2020. The Government's sentencing submissions are due April 17, 2020. Sentencing is adjourned to May 1, 2020 at 10:00 AM.

**SO ORDERED.**

**Dated:    New York, New York**
           **March 17, 2020**          ___/s/ John G. Koeltl_____
                                                          **John G. Koeltl**
                                              **United States District Judge**