**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA,**

       - against -                               18cr333(JGK)

**AKSHAY AIYER,**                                    <u>**ORDER**</u>

               Defendant.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    Sentencing is adjourned to May 29, 2020 at 10:00 AM.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 1, 2020**                  _____/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                        **United States District Judge**