# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

---

Application granted.
SO ORDERED.

New York, NY       /s/ John G. Koeltl
May 4, 2020        John G. Koeltl, U.S.D.J.

---

May 1, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    *United States v. Akshay Aiyer*, 18-CR-00333 (JGK)

Dear Judge Koeltl:

We write on behalf of defendant Akshay Aiyer, whose sentencing is currently scheduled for May 29, 2020. Given the seriousness of this proceeding, we respectfully seek leave to file a response to The United States' Sentencing Memorandum Regarding Defendant Akshay Aiyer, which is attached to Mr. Aiyer's letter motion.

Respectfully submitted,

/s/ Martin Klotz

Martin Klotz

cc: All Counsel of Record (via ECF)

NEW YORK   WASHINGTON   HOUSTON   PALO ALTO   SAN FRANCISCO   PARIS   LONDON   FRANKFURT   BRUSSELS   MILAN   ROME