**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                            18cr333 (JGK)

**AKSHAY AIYER,**                                   <u>ORDER</u>

                    **Defendant.**
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The May 29, 2020 sentencing is adjourned to July 10, 2020 at 10:00 AM.

**SO ORDERED.**

**Dated:**    New York, New York
             May 12, 2020                     /s/ John G. Koeltl
                                                John G. Koeltl
                                    United States District Judge