**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**UNITED STATES OF AMERICA**

     - against -                              18cr333 (JGK)

**AKSHAY AIYER,**                                  <u>ORDER</u>

                  **Defendant.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The July 10, 2020 sentencing is adjourned to September 17, 2020 at 10:00 AM.

**SO ORDERED.**

**Dated:**    New York, New York
            July 1, 2020                    _____/s/ John G. Koeltl_____
                                                           **John G. Koeltl**
                                        **United States District Judge**