UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
|
UNITED STATES OF AMERICA |
|
v. |
| Case No. 1:18-cr-333 (JGK)
AKSHAY AIYER, |
|
Defendant. |
|
---------------------------------------------------------------x

# GOVERNMENT'S MOTION FOR LEAVE TO HAVE ONE OF ITS ATTORNEYS TO PARTICIPATE AT SENTENCING VIA TELEPHONE

I respectfully request leave to participate at the Defendant's sentencing scheduled for Thursday, September 17, 2020, via telephone. I am a resident of the State of Maryland. As of September 9, 2020, New York State has placed the State of Maryland on the list of states and territories that meet the criteria for required quarantine. *See* https://coronavirus.health.ny.gov/covid-19-travel-advisory. Given this fact, I may not satisfy the requirements to gain access to the federal courthouse located at 500 Pearl Street, New York, New York, and ask this Court to allow me to participate via telephone. The defendant consents to this request.

Respectfully submitted,

/s/ Kevin Hart

Kevin Hart
U.S. Department of Justice
Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
212-335-8000

Cc: Counsel of record (Via Email)