

**U.S. Department of Justice**

Antitrust Division

---

*New York Office*
*26 Federal Plaza, Room 3630*
*New York, New York 10278*

September 14, 2020

**BY ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Aiyer*, 18-cr-00333 (JGK)

Dear Judge Koeltl,

The parties jointly submit this letter.  During and after trial, the parties faxed letters to the Court that the parties did not simultaneously file on ECF.  In an effort to ensure that the record is complete, the parties move to file the attached letters at this time.  The attached letters are as follows:

1. November 3, 2019 Letter from the Government
2. November 11, 2019 Letter from Defendant
3. November 12, 2019 Letter from the Government (*Note: When this letter was faxed, the Court only received pages 1 and 3 of the attached letter. *See* Trial Tr. 1147:9–12.)
4. November 13, 2019 Letter from the Government
5. November 14, 2019 Letter from Defendant (*Note: Attachments 2 through 8 to this letter are the zip files referenced in this letter)
6. November 14, 2019 Letter from the Government
7. November 19, 2019 Letter from the Government
8. November 20, 2019 Letter from Defendant
9. January 15, 2020 Letter from the Government
10. March 11, 2020 Letter from Defendant

Respectfully submitted,


/s/ Martin Klotz
Martin Klotz

Counsel for Defendant Akshay Aiyer

/s/ Kevin Hart
Kevin Hart
Eric Hoffmann
Counsel for the United States