

**U.S. Department of Justice**

Antitrust Division

*New York Office*
*26 Federal Plaza, Room 3630*
*New York, New York 10278*

September 15, 2020

**BY ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *United States v. Aiyer*, 18-cr-00333 (JGK)

Dear Judge Koeltl,

      In light of recent information received from case manager Mr. Fletcher indicating that Thursday's sentencing will proceed virtually, I move to withdraw my motion to participate via telephone (Docket #236).

      Respectfully submitted,

      /s/ Kevin Hart
      Kevin Hart
      Counsel for the United States