

**U.S. Department of Justice**

Antitrust Division

*New York Office*
*26 Federal Plaza, Room 3630*
*New York, New York 10278*

September 14, 2020

**BY ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> USDS SONY
> DOCUMENT
> ELECTRONICALLY [...]
> DOC #: _____
> DATE FILED: 9/16/2020

Re:   *United States v. Aiyer*, 18-cr-00333 (JGK)

Dear Judge Koeltl,

The parties jointly submit this motion to file under seal. After trial, the parties faxed sealed submissions to the Court that the parties did not simultaneously file on ECF. In an effort to ensure that the record is complete, the parties move to file these letters under seal at this time.

Respectfully submitted,

/s/ Martin Klotz
Martin Klotz

/s/ Kevin Hart
Kevin Hart
Eric Hoffmann

Counsel for Defendant Akshay Aiyer

Counsel for the United States

*APPLICATION GRANTED.*

*SO ORDERED.*

*[signature]*
*U S D J*
*9/16/20.*