# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-6-20

October 5, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

10/6/20

Re:   *United States v. Akshay Aiyer*, 1:18-CR-00333 (JGK)

Dear Judge Koeltl:

We represent Defendant Akshay Aiyer in the above-captioned action. We respectfully request that the Court permit Mr. Aiyer to file publicly a redacted version of his Memorandum of Law in Support of his Motion for Bail Pending Appeal (the "Motion") and an unredacted version of the Motion under seal.

Mr. Aiyer's Motion addresses the issue of potential juror misconduct. Consistent with the Court's prior handling of this issue, and to ensure juror privacy, Mr. Aiyer proposes to redact all portions of the Motion dealing with this issue.

We discussed Mr. Aiyer's proposed redactions to the Motion with the Government, and they do not object his request.

Accordingly, we request that the Court enter an order permitting an unredacted version of Mr. Aiyer's Motion to be filed under seal.

Respectfully submitted,

/s/ Martin Klotz
Martin Klotz

cc:   Kevin Hart, Esq.
      Eric Hoffmann, Esq.
      Department of Justice, Antitrust Division (by e-mail)