

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20001*

October 19, 2020

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

10/19/20

Re:   *United States v. Aiyer*, 18-cr-333 (JGK)

Dear Judge Koeltl:

The government respectfully requests the Court's permission to file publicly a redacted version of Memorandum of Law of the United States of America in Opposition to Defendant's Motion for Bail Pending Appeal ("Opposition") and an unredacted version of the Opposition under seal.

The government's Opposition addresses the issue of potential juror misconduct. Consistent with the Court's prior handling of this issue, and to ensure juror privacy, we propose to redact all portions of our response dealing with this issue. We discussed the government's proposed redactions to the Opposition with Defendant's counsel, and they do not object this request.

Accordingly, we request that the Court enter an order permitting an unredacted version of Memorandum of Law of the United States of America in Opposition to Defendant's Motion for Bail Pending Appeal to be filed under seal.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/20

Respectfully submitted,

/S/ Kevin Hart

Kevin B. Hart
U.S. Department of Justice
26 Federal Plaza, Room 3606
New York, NY
(212) 335-8000
kevin.hart@usdoj.gov

Cc:   All counsel of record (via email)