**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 13, 2021

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Akshay Aiyer*, 1:18-CR-00333 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Akshay Aiyer, to request a modification to the conditions of Mr. Aiyer's personal recognizance bond.

Under the terms of his bond, Mr. Aiyer's travel is restricted to the Southern and Eastern Districts of New York and the District of Massachusetts. We respectfully request that the Court temporarily modify these travel restrictions to permit Mr. Aiyer to travel to Washington, D.C., located in the District of Columbia, and Leesburg, Virginia, located in the Eastern District of Virginia, from June 2, 2021 to June 6, 2021 to attend his friend's wedding, and to St. Michaels, Maryland, located in the District of Maryland, and Delaware, located in the District of Delaware, from June 6, 2021 to June 13, 2021 for a vacation with his wife, Alexandra Kislevitz. The government and the U.S. Probation Office do not object to this request.

Respectfully submitted,

/s/ Martin Klotz
Martin Klotz

cc:   Kevin Hart, Esq.
      Eric Hoffmann, Esq.
      Department of Justice, Antitrust Division (by e-mail)

      Erin Cunningham, Pretrial Services Office of the Southern District of New York (by e-mail)