**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 18, 2021

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Akshay Aiyer*, 1:18-CR-00333 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Akshay Aiyer, to request a modification to the conditions of Mr. Aiyer's personal recognizance bond.

Under the terms of his bond, Mr. Aiyer's travel is restricted to the Southern and Eastern Districts of New York, the District of Massachusetts, and the District of New Jersey. We respectfully request that the Court temporarily modify these travel restrictions to permit Mr. Aiyer to travel to Newport, RI, located in the District of Rhode Island, from August 31, 2021 to September 4, 2021, to attend his friend's wedding. The government and the U.S. Probation Office do not object to this request.

Respectfully submitted,

/s/ Martin Klotz
Martin Klotz

cc:   Kevin Hart, Esq.
      Eric Hoffmann, Esq.
      Department of Justice, Antitrust Division (by e-mail)

      Erin Cunningham, Pretrial Services Office of the Southern District of New York (by e-mail)