**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

November 18, 2021

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Akshay Aiyer*, 1:18-CR-00333 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Akshay Aiyer, to request a modification to the conditions of Mr. Aiyer's personal recognizance bond.

Under the terms of his bond, Mr. Aiyer must submit to supervision by and report for supervision to the Pretrial Services Office ("PSO"). At the request of the PSO, we respectfully request that the Court modify the conditions of Mr. Aiyer's bond to permit Pretrial Services supervision via web reporting only. The government does not object to this request.

Respectfully submitted,

/s/ Martin Klotz
Martin Klotz

cc:    Kevin Hart, Esq.
       Eric Hoffmann, Esq.
       Philip Andriole, Esq.
       Department of Justice, Antitrust Division (by e-mail)

       Erin Cunningham, Pretrial Services Office of the Southern District of New York (by e-mail)