# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

March 1, 2022

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
3/1/22

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Akshay Aiyer*, 1:18-CR-00333 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Akshay Aiyer, to request a modification to the conditions of Mr. Aiyer's personal recognizance bond.

Under the terms of his bond, Mr. Aiyer's travel is restricted to the Southern and Eastern Districts of New York, the District of Massachusetts, and the District of New Jersey. We respectfully request that the Court temporarily modify these travel restrictions to permit Mr. Aiyer to travel to New Orleans, Louisiana, located in the Eastern District of Louisiana, Charleston, South Carolina, located in the District of South Carolina, and Savannah, Georgia, located in the Southern District of Georgia, from March 10, 2022 to March 24, 2022, to attend a friend's wedding and for a vacation with his wife, Alexandra Kislevitz. The government and the U.S. Probation Office do not object to this request.

Respectfully submitted,

/s/ Martin Klotz
Martin Klotz

cc:   Kevin Hart, Esq.
      Eric Hoffmann, Esq.
      Department of Justice, Antitrust Division (by e-mail)

      John Moscato, Pretrial Services Office of the Southern District of New York (by e-mail)