UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------

UNITED STATES OF AMERICA

       - against -                     18 Cr. 333 (JGK)

AKSHAY AIYER,                            ORDER

                Defendant.
------------------------------

JOHN G. KOELTL, District Judge:

    The defendant's surrender date is extended to July 22, 2022, at 2:00 p.m. The defendant's release conditions are extended to that date. The Court recommends that the defendant be designated to FCI Danbury.

SO ORDERED.

Dated:    New York, New York
           May 24, 2022

                                          John G. Koeltl
                                    United States District Judge