# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

June 8, 2022

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/8/22

Re: *United States v. Akshay Aiyer*, 1:18-CR-00333 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Akshay Aiyer, to request a modification to the conditions of Mr. Aiyer's personal recognizance bond.

Under the terms of his bond, Mr. Aiyer's travel is restricted to the Southern and Eastern Districts of New York, the District of Massachusetts, and the District of New Jersey. We respectfully request that the Court temporarily modify these travel restrictions to permit Mr. Aiyer to travel to Hudson, New York, located in the Northern District of New York, from June 17, 2022 to June 19, 2022, to attend a friend's wedding. The government and the U.S. Probation Office do not object to this request.

Respectfully submitted,

/s/ Martin Klotz
Martin Klotz

cc: Kevin Hart, Esq.
Eric Hoffmann, Esq.
Department of Justice, Antitrust Division (by e-mail)

Madalyn Toledo, Pretrial Services Office of the Southern District of New York (by e-mail)

NEW YORK   WASHINGTON   HOUSTON   PARIS   LONDON   FRANKFURT   BRUSSELS   MILAN   ROME
in alliance with Dickson Minto W.S., London and Edinburgh