UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 18 Cr. 333 (JGK) |
| v. | : | |
| AKSHAY AIYER, | : | [PROPOSED] Order Granting Release of Bail Funds |
| Defendant. | : | |

-------------------------------------------------------x

Upon the Motion of Defendant Akshay Aiyer, IT IS HEREBY ORDERED:

1. Defendant Akshay Aiyer's Motion for the Release of Bail Funds is GRANTED, *upon Mr. Aiyer's surrender to the Bureau of Prisons,* and

2. The Clerk of the Court is directed to release the full amount of $150,000 that was deposited by Mr. Aiyer on May 18, 2018 to Alexandra M. Kislevitz, with the following instructions:

<u>PAYEE OF THE $150,000</u>

Akshay Aiyer

DATED:   New York, New York
         July 25, 2022

_____
HON. JOHN G. KOELTL, U.S.D.J.