# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 10, 2022

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

8/10/22

Re:   *United States v. Akshay Aiyer*, 1:18-CR-00333 (JGK)

Dear Judge Koeltl:

      On behalf of our client, Akshay Aiyer, we submit this letter motion with respect to the return of Mr. Aiyer's passport. On May 15, 2018, this Court ordered, as part of Mr. Aiyer's bail conditions, that he surrender his passport to the United States Pretrial Services Office of the Southern District of New York ("Pretrial Services"). On September 17, 2020, this Court sentenced Mr. Aiyer to a period of incarceration, which he is currently serving at USP Allenwood. I understand from my conversation with Pretrial Services that a court order is required allowing Pretrial Services to return Mr. Aiyer's passport. To that end, and in recognition of the fact that Mr. Aiyer has started serving his sentence, we respectfully request that the Court order the return of Mr. Aiyer's passport to either his wife, Alexandra M. Kislevitz, or his attorneys at Willkie Farr & Gallagher LLP. The government does not object to this request.

      Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jocelyn M. Sher
Jocelyn M. Sher

cc:   Kevin Hart, Esq.
      Eric Hoffmann, Esq.
      Department of Justice, Antitrust Division (by e-mail)

      Madalyn Toledo, Pretrial Services Office of the Southern District of New York (by e-mail)